# Court of Appeals
# of the State of Georgia

ATLANTA,   August 12, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0452.  HARRIS MARTIN SWOFFORD v. JEFF MAGEE.**

Harris Swofford, the biological father of A. M. S., filed an application for discretionary appeal seeking review of the trial court's order terminating his parental rights and granting an adoption petition filed by Jeff Magee.  Because the appeal stems from adoption proceedings, however, no application is required. *Families First v. Gooden*, 211 Ga. App. 272, 274 (1) (439 SE2d 34) (1993). This is true even if the order also serves to terminate parental rights. See, e. g., id.

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, Swofford's application is hereby *GRANTED*. He shall have 10 days from the date of this order to file a notice of appeal with the superior court. The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 08/12/2014
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_, *Clerk.*